MARK CARTON
Attorney at Law CAL SBN 135717
P. O. Box 591567
San Francisco, CA 94159
Tel: 415 567-5517
mcartonjd@gmail.com

Attorney Specially Appearing for Defendant
RAMI KARIMI dba RAMI CONSTRUCTION.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> RAMI KARIMI dba KARIMI CONSTRUCTION ET AL <br><br> Defendants | CASE NO. 24 cv 07351 <br><br> (proposed) ORDER GRANTING STIPULATION AND REQUEST FOR A SECOND EXTENSION OF TIME FOR DEFENDANT KARIMI TO FILE A RESPONSIVE PLEADING UNTIL JANUARY 14, 2025 |

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the stipulation of the parties is hereby granted. The Court hereby extends time for Defendant, Rami Karimi, dba Karimi Construction to file a responsive pleading to the complaint on file in the above captioned case from December 18, 2024 to January 14, 2025.

IT IS FURTHER ORDERED THAT the Rule 26 conference is moved from January 2, 2025 to February 3, 2025: the Joint Case Management Report date is moved from January 16, 2025.to February 17, 2025; and the Case Management Conference date is moved from January 23, 2025 to February 27, 2025.

Neither the stipulation nor this Order constitutes a general appearance in the case for

ORDER ON STIPULATION AND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

1

1  Defendant Rami Karimi or his counsel.

2  Date: December 26, 2024

3  _____
   HON. LISA J. CISNEROS, PRESIDING
4  U.S. DISTRICT COURT JUDGE